

FILED

05/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0122

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0122

IN RE THE MARRIAGE OF:

JUSTIN LEVI MASTERS,

    Petitioner and Appellee,

and

ALISIA CUBBERLY,

    Respondent and Appellant.

FILED

MAY 06 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Alisia Cubberly has filed a Motion for Extension of Time within which to file her opening brief.

IT IS HEREBY ORDERED that motion is DENIED. See the Court's Order to show cause filed May 5, 2020.

DATED this _____ day of May, 2020.

For the Court,

By _____
             Chief Justice